John Clinton, Respondent, v. Munson Steamship Line, Appellant.— Motion for reargument granted and case set down for Tuesday, March 2, 1909. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Arthur De Roche, Respondent, v. James Ridgeway, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Lorenzo Duncan, Respondent, v. Nassau Electric Railroad Company and Brooklyn Heights Railroad Company, Appellants. — Motion for reargument granted, and case set down for Tuesday, March 2, 1909. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Joseph Gold, Respondent, v. Charles Lerner and Another, Appellants.— Motion granted, without costs. The first three amendments, being consented to, are allowed. We think the fourth also is proper. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ. Settle order on notice before Mr. Justice Jenks.

Patrick F. Green, Appellant, v. Fiss, Doerr & Carroll Horse Company, Respondent.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Edward J. Hollis, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion to resettle order of reversal granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

In the Matter of the Application of Frank L. Graves for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Nasien T. Khouri, Plaintiff, v. George F. Nohra and George N. Ganim, Defendants.— The opening affidavit neither states nor claims any ground for the appeal. The appellant being in default, and no merit being shown or asserted, the motion to dismiss the appeal is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Lavinia Lally, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

John F. Monnot and Others, Respondents, v. Joseph Husson, Appellant.— Motion for reargument of motion to dismiss appeal denied, with costs. Present Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Tina Myers, Respondent, v. Andreas Fox, as Executor, etc., Appellant.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York, Appellant, v. Knickerbocker Trust Company, Respondent. Ernst Thalmann and Others, Respondents.— Motion denied. Woodward, Jenks, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.